UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

THE TRAVELERS INDEMNITY         :
COMPANY and TRAVELERS PROPERTY  :
CASUALTY COMPANY OF AMERICA     :
                                :
          Plaintiffs,           :
                                :  File No. 1:08-CV-92
          v.                    :
                                :
ACADIA INSURANCE COMPANY        :
                                :
          Defendant.            :
_____ :

RULING ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
(Paper 38)

Now pending in this insurance case is Magistrate Judge
Conroy's Report and Recommendation (R&R) (Paper 38) and Acadia
Insurance Company's objection (Paper 39).  The parties also
submitted numerous other filings following issuance of the R&R.
See Papers 40, 41, 42, 44, 45, 46.  Upon de novo review,
see Fed. R. Civ. P. 72(b), and for the reasons that follow,
Acadia's Objection is granted in part.

The Magistrate Judge recommends Travelers' motion for
summary judgment on its claim for contribution be granted because
Acadia's duty to defend is established and there are no disputed
facts regarding the estimated defense fees and costs.  (Paper 38
at 25-26.)  The R&R did not state reasons for its recommendation
that Acadia be ordered to provide contribution to Travelers in
the amount of one-third of all defense costs paid by Travelers.
(Paper 38 at 27.)  Acadia argues, under Maine law, where multiple

primary carriers have a duty to defend on the same occurrence,
the allocation is based on a pro rata proportion of policy
limits.  (Paper 39 at 11.)  Because the contribution claim (Count
II) was resolved in Travelers' favor, the R&R did not address
Travelers' claims for equitable subrogation (Count III) or unjust
enrichment (Count IV).  (Paper 38 at 26 n.11.)

Upon review of the parties' cross-motions, it appears the
allocation issue was not fully briefed.  Thus, despite otherwise
offering a thorough and well-reasoned discussion of this case,
the Court concludes that a limited recommittal is appropriate to
afford the Magistrate Judge an opportunity to address the
allocation issue with the benefit of full briefing from the
parties.  See Fed. R. Civ. P. 72(b) (in making a de novo
determination "[t]he district judge may accept, reject, or modify
the recommended decision, receive further evidence, or recommit
the matter to the magistrate judge with instructions").

Accordingly, it is ORDERED that:

1.   To the extent Defendant requests further consideration
     of the allocation issue, Defendant's Objection
     (Paper 41) is GRANTED.

2.   The Report and Recommendation is AFFIRMED, APPROVED,
     and ADOPTED as to Count I.  Plaintiffs' Motion for
     Summary Judgment (Paper 21) on this count is GRANTED.
     Defendant's Motion for Summary Judgment (Paper 20) is
     DENIED in its entirety.

3.   This case is respectfully REMANDED to Magistrate Judge
     Conroy so that he may conduct any necessary proceedings
     and issue a supplemental Report and Recommendation
     addressing Plaintiffs' Motion for Summary Judgment
     (Paper 21) as to Counts II, III and IV.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 8th

day of May, 2009.


                              /s/ J. Garvan Murtha
                              Honorable J. Garvan Murtha
                              United States District Judge